1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  TEL: (916) 554-2700
   FAX: (916) 554-2900

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   2:15-CR-00142-MCE
                                       )
12           Plaintiff,                )
                                       )
13  v.                                 )   APPLICATION AND ORDER FOR MONEY
                                       )   JUDGMENT
14  ANTHONY CASTANEDA,                 )
                                       )
15           Defendant.                )
                                       )
16  _____)

17       On August 20, 2014, defendant Anthony Castaneda entered a guilty plea to the only count of

18  the Information, a violation of 18 U.S.C. § 201(c)(1)(B).

19       As part of his plea agreement with the United States, defendant Anthony Castaneda agreed to

20  forfeit voluntarily and immediately up to $2,243.56, less any forfeited funds, as a personal money

21  judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between

22  the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a

23  violation of 18 U.S.C. § 201(c)(1)(B), to which he has pled guilty.  See Defendant Castaneda's Plea

24  Agreement ¶ II.E.  Plaintiff hereby applies for entry of a money judgment as follows:

25       1.       Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P.

26  32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Anthony

27  Castaneda in the amount of $2,243.56.

28       2.       The above-referenced personal forfeiture money judgment is imposed based on

Application and Order for Money Judgment

defendant Anthony Castaneda's conviction for violating 18 U.S.C. § 201(c)(1)(B) (The only count in the Information).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.      Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the Department of the Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Secret Service, in its secure custody and control.

DATED: 10/14/15                          BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Matthew G. Morris
                                         MATTHEW G. MORRIS
                                         Assistant U.S. Attorney

### O R D E R

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Anthony Castaneda in the amount of $2,243.56.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Secret Service, in its secure custody and control.

IT IS SO ORDERED.

DATED:  November 10, 2015


_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Application and Order for Money Judgment