BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-142 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| ANTHONY CASTANEDA, | |
| Defendant. | |

The parties jointly stipulate and request that the sentencing hearing scheduled for December 10, 2015, be continued to January 28, 2016. The reason for the continuance is to allow the parties to jointly file request to seal a document.

///
///
///
///
///
///
///
///
///

The earliest criminal calendar date that is available for both the government and defense counsel is January 28, 2016.

**SO STIPULATED.**

Dated:  December 9, 2015 			BENJAMIN B. WAGNER
						United States Attorney

						By:  /s/ Matthew G. Morris
						MATTHEW G. MORRIS
						Assistant United States Attorney

Dated: December 9, 2015			 /s/ Summer McKeivier (auth by email)
						SUMMER McKEIVIER
						Attorney for Anthony Castaneda

**IT IS SO ORDERED.**

**Dated:  December 15, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT